United States District Court
Southern District of Texas
**ENTERED**
July 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANNETTE GONGORA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-263 |
| | § | |
| CAROLYN W COLVIN, | § | |
| | § | |
| Defendant. | § | |

# ORDER

This Court has reviewed the Report and Recommendation on the cross-motions for summary judgment filed in this case. (Dkt. 20). The United States Magistrate Judge signed the Memorandum and Recommendation on June 22, 2016.

No objections to the Memorandum and Recommendation have been filed. No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **ORDERS** as follows: the Commissioner's Motion for Summary Judgment (Dkt. 15) is **DENIED**, that Plaintiffs Motion for Summary Judgment (Dkt. 12) be **GRANTED**, and that this

action be **REMANDED** to the Social Security Administration pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings consistent with the Court's opinion.

SIGNED at Galveston, Texas, this 14th day of July, 2016.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge